**STATE of Missouri, Respondent,**

v.

**Walter THOMAS, Appellant.**

No. 48561.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 18, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Jan. 22, 1985.

Application to Transfer Denied
Feb. 26, 1985.

Henry B. Robertson, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant, Walter Thomas, was convicted, after a jury trial, of burglary in the second degree and stealing. He was sentenced, as a persistent offender, to imprisonment for ten years on the burglary conviction and a consecutive five-year term on the stealing conviction. He now appeals. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).